**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Percy McClinton SNOW, Defendant–
Appellant.**

**No. 06–11059
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Aug. 20, 2007.

Dennis J. Knizley, Mobile, AL, for Defendant–Appellant.

Before BLACK, MARCUS and HILL, Circuit Judges.

PER CURIAM:

Dennis J. Knizley, appointed counsel for Percy Ellis Snow in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Snow's conviction and sentence are **AFFIRMED.**